**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO:** |
| **CHRISTOPHER A LEWIS** <br> **1303 EASTOVER DR.** <br> **OXFORD, MS 38655** | **23-13770-JDW** |

**NOTICE TO DEBTOR**

    NOTICE is hereby given that your plan payment will change from **$1,041.00 MONTHLY** to **$1,048.00 MONTHLY** effective in <u>**05/2024**</u>.

    The reason for the changes in your plan payment is:

____    Due to a change in your monthly mortgage payment.

____    Due to a claim being filed for a different amount than scheduled.

____    Due to entry of an order.

<u>XX</u>    Other: <u>Per IRS filing higher than scheduled_____</u>

    **If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

    **If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

    **If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date:  April 9, 2024

                                                                Sincerely,

                                                                 /s/Locke D. Barkley
                                                                 Chapter 13 Trustee

CC:     ROBERT GAMBRELL
          GAMBRELL AND ASSOCIATES
          101 RICKY D BRITT SR BLVD STE 3
          OXFORD, MS 38655

## CERTIFICATE OF SERVICE

      I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  April 9, 2024

                                                    /s/ Locke D. Barkley
                                                    LOCKE D. BARKLEY
                                                    CHAPTER 13 TRUSTEE